| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Citrus360, LLC** | | |
|---|---|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **87-1187880** | | |
| 4. | Debtor's address | **Principal place of business**  **10575 Friendship Rd.**  **Pilot Point, TX 76258**  Number, Street, City, State & ZIP Code  **Denton**  County | | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **2 Tracts in Willacy County**  **3 Tracts in Hidalgo Co, Monte Alto, TX**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | | |

Debtor **Citrus360, LLC**
        Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Citrus360, LLC**
_____Name_____

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **Citrus360, LLC**                                    Case number (*if known*)
        Name

| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Citrus360, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  3, 2025**
              MM / DD / YYYY

**X** **/s/ Surya K Vidiyala**                          **Surya K Vidiyala**
Signature of authorized representative of debtor        Printed name

Title **Member**

**18. Signature of attorney**

**X** **/s/ Kurt Stephen**                              Date **March  3, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Kurt Stephen**
Printed name

**Law Office of Kurt Stephen, PLLC**
Firm name

**100 S. Bicentennial**
**McAllen, TX 78501-7050**
Number, Street, City, State & ZIP Code

Contact phone **956-631-3381**   Email address **kurt@kstephenlaw.com**

**19147500 TX**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Citrus360, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Angel Villanueva dba Villa Nueva Farms** 209 E University Drive Edinburg, TX 78539 | | Abstract of Judgment#3611438 | | $14,000.00 | $0.00 | $14,000.00 |
| **Best Citrus Investments, LLC** 11012 Estates Circle Alpharetta, GA 30022 | | Citrus Production Contributors Agreement | Contingent Unliquidated | | | $592,500.00 |
| **David Esau & Thelma Ruth Esau** PO Box 241 Lasara, TX 78561 | | Tract 1:  Willacy County, WCAD#28347 (28.48 ac) WCAD 2025 Value- $142,400.00 The East Thirty Acres of Lot 14, Block 23, Missouri Texas & Irrigation C | | $626,864.00 | $142,400.00 | $484,464.00 |
| **David Esau & Thelma Ruth Esau** PO Box 241 Lasara, TX 78561 | | Property ID 224857 (126.26 ac gr/122.35 ac net) 126.26 acre tract of land, more or less, being all of Lots 3, 5 and 6, Block 32 and a portion of Lot | | $714,405.96 | $611,750.00 | $102,655.96 |
| **Delta Lake Irrigation Dist** 10370 Charles Greed Rd. Edcouch, TX 78538 | | | | | | $15,000.00 |

Debtor **Citrus360, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NRCS Raymondville Service Center 255 Farm Rd 3168 Ste. 2 Raymondville, TX 78580** | | | **Contingent Unliquidated Disputed** | | | $84,604.00 |
| **Pablo (Paul) Villarreal Jr., PCC Hidalgo County Tax Assessor-Collector PO Box 178 Edinburg, TX 78540** | | **Property ID 224857 (126.26 ac gr/122.35 ac net) 126.26 acre tract of land, more or less, being all of Lots 3, 5 and 6, Block 32 and a portion of Lot** | | $1,233.86 | $611,750.00 | $1,233.86 |
| **Pablo (Paul) Villarreal Jr., PCC Hidalgo County Tax Assessor-Collector PO Box 178 Edinburg, TX 78540** | | **Tract 3: All of Lot 2, Block 31, Missouri-Texas Land & Irrigation Company (37.56 AC)** | | $359.91 | $0.00 | $359.91 |
| **Pablo (Paul) Villarreal Jr., PCC Hidalgo County Tax Assessor-Collector PO Box 178 Edinburg, TX 78540** | | **Tract 4: All of Lot 4, Block 32, MIssouri-Texas Land & Irrigation Company (36.20 ac)** | | $282.91 | $0.00 | $282.91 |
| **Rajini Katipamula Malisetti 15705 57th Ave N Plymouth, MN 55446** | | | | | | $180,000.00 |
| **Rajini Katipamula Malisetti 15705 57th Ave N Plymouth, MN 55446** | | **Citrus Production Contributors Agreement** | **Contingent Unliquidated** | | | $150,000.00 |
| **Willacy County Tax Assessor-Collector Hon. Melissa "Missy" Muniz 192 N. 3rd Room 202 Raymondville, TX 78580** | | **Tract 1: The E 30 ac of Lot 14, Block 23, Missouri Texas and Irrigation Company Subd.** | | Unknown | $0.00 | Unknown |
| **Willacy County Tax Assessor-Collector Hon. Melissa "Missy" Muniz 192 N. 3rd Room 202 Raymondville, TX 78580** | | **Tract 2: The W 10 ac of Lot 14, Block 23, Missouri-Land and Irrigation Company Subd.** | | Unknown | $0.00 | Unknown |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

In re  **Citrus360, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **\*25000.00** |
   | Prior to the filing of this statement I have received | $ **25000.00** |
   | Balance Due | $ **\*0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor      ☑ Other (specify):   Member of Debtor

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.
   \*maintain retainer at the $5,000.00 above billing; hourly rate of $425.00; includes preparation for and attendance of cash collateral hearings, preparation for and attendance at Initial Debtor Conference and 341 Meetings; relief from stay; preparation and filing of applications for employment of realtors, professionals, etc., as needed; preparation and filing of routines motions, disclosure statement and reorganization/liquidating plan filing.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   Debtor to also pay filing fee of $1,738.00 and 6. (a). and 6 (b). below.

   (a). Representation of the debtor in any judicial lien avoidances, any adversary proceeding, contested matters, 2004 examination or any litigation, (Debtor will employ other counsel in litigation) Additional retainer and additional written engagement required or employment of special counsel.

   (b) Not included in matters no. 1 and 6 above to the extent attorney's time exceeds <u>58.82</u> hours. All additional time to be paid at $425.00 per hour.

In re   **Citrus360, LLC**　　　　　　　　　　　　　　　Case No.　　　　　　　　　　　　　　
　　　　　　　　　　　　Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March  3, 2025** | */S/KURT STEPHEN* |
| *Date* | **Kurt Stephen** |
| | *Signature of Attorney* |
| | **Law Office of Kurt Stephen, PLLC** |
| | **100 S. Bicentennial** |
| | **McAllen, TX 78501-7050** |
| | **956-631-3381** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Southern District of Texas

In re   **Citrus360, LLC**                                           Case No.
                             Debtor(s)                                Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  3, 2025**                     **/s/ Surya K Vidiyala**
                                                **Surya K Vidiyala**/**Member**
                                                Signer/Title

```
Angel Villanueva
dba Villa Nueva Farms
209 E University Drive
Edinburg, TX 78539



Assistant US Trustee
DOJ-UST
615 E. Houston Street, Suite 533
San Antonio, TX 78205



Best Citrus Investments, LLC
11012 Estates Circle
Alpharetta, GA 30022



David Esau & Thelma Ruth Esau
PO Box 241
Lasara, TX 78561



Delta Lake Irrigation Dist
10370 Charles Greed Rd.
Edcouch, TX 78538



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346



NRCS
Raymondville Service Center
255 Farm Rd 3168 Ste. 2
Raymondville, TX 78580



NRCS
Edinburg Service Center
2514 S Veterans Blvd., Ste. 4
Edinburg, TX 78539-7026
```

```
NRCS
Raymondville Service Center
255 FM 3168 Ste 1
Raymondville, TX 78580



Pablo (Paul) Villarreal Jr., PCC
Hidalgo County Tax Assessor-Collector
PO Box 178
Edinburg, TX 78540



Patrick Moore, PLLC
Law Office of Patrick Moore, PLLC
701 E. Expwy. 83, Suite 330
McAllen, TX 78501



Rajini Katipamula Malisetti
15705 57th Ave N
Plymouth, MN 55446



Texas Comptroller of Public Accounts
Revenue Accounting Division- Bankruptcy
P.O. Box 13528
Austin, TX 78711-3528



Texas Workforce Commission
TWC Building
Austin, TX 78778



Willacy County Tax Assessor-Collector
Hon. Melissa "Missy" Muniz
192 N. 3rd Room 202
Raymondville, TX 78580
```

**United States Bankruptcy Court**
Southern District of Texas

In re  **Citrus360, LLC**
Debtor(s)

Case No.
Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

We, **Surya K. Vidiyala and Narsi Reddy Ponagandla**, declare under penalty of perjury that we are the **Members** of **Citrus360, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said Limited Liability Company at a special meeting duly called and held on the **3rd** day of **March**, 20**25.**

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Surya K. Vidiyala, Member**, of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Surya K. Vidiyala**, **Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Surya K. Vidiyala, Member**, of this Limited Liability Company is authorized and directed to employ **Kurt Stephen**, attorney and the law firm of **Law Office of Kurt Stephen, PLLC** to represent the Limited Liability Company in such bankruptcy case."

Date  **March 3, 2025**    Signed  /S/Surya K. Vidiyala
**Surya K. Vidiyala, Member**

Date  **March 3, 2025**    Signed  **/S/**Narsi Reddy Ponagandla
**Narsi Reddy Ponagandla,  Member**

Resolution of the Members
of
**Citrus360, LLC**

Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that  **Surya K. Vidiyala, Member**,  of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Surya K. Vidiyala, Member**, of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Surya K. Vidiyala, Member**, of this Limited Liability Company is authorized and directed to employ **Kurt Stephen**, attorney and the law firm of **Law Office of Kurt Stephen, PLLC** to represent the Limited Liability Company in such bankruptcy case.

Date  **March 3, 2025**                                   Signed    **/S/Surya K. Vidiyala**
                                                                                     **Surya K. Vidiyala, Member**

Date  **March 3, 2025**                                   Signed    **/S/Narsi Reddy Ponagandla**
                                                                                     **Narsi Reddy Ponagandla, Member**