**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Citrus360, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 25-70056 |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 14, 2025**          X **/s/ Surya K Vidiyala**
_____          _____
                                         Signature of individual signing on behalf of debtor

                                         **Surya K Vidiyala**
                                         _____
                                         Printed name

                                         **Member**
                                         _____
                                         Position or relationship to debtor

3/14/25  1:50PM

**Fill in this information to identify the case:**

Debtor name    **Citrus360, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **25-70056**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $    **1,670,900.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $    **1,193.68**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $    **1,672,093.68**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
      Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **1,348,107.20**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **1,009,197.00**

4.    Total liabilities .............................................................................................................
      Lines 2 + 3a + 3b

   $    **2,357,304.20**

3/14/25  1:50PM

**Fill in this information to identify the case:**

Debtor name    **Citrus360, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **25-70056**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BOA** **Acct.#0455** | **business checking** | **0455** | **$86.62** |
| 3.2. | **Chase** **Acct.#9180** | **business checking** | **9180** | **$44.25** |
| 3.3. | **Resource One Credit Union** **Acct.#8450** **checking and savings** | | **8450** | **$62.81** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    **$193.68**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

Debtor    **Citrus360, LLC**                                        Case number *(If known)*  **25-70056**
Name

7.1.  **To be Supplemented as Needed**                                                     **Unknown**

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

9.       **Total of Part 2.**                                                                **$0.00**

         Add lines 7 through 8. Copy the total to line 81.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **Citrus360, LLC**
          Name                                                    Case number *(If known)*  **25-70056**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **126.26 acre tract of land, more or less, being all of Lots 3, 5 and 6, Block 32 and a portion of Lot 8, Block 31, Missouri Texas Land and Irrigation Company Subdivision; Property ID 224857 (126.26 ac gr/122.35 ac net)** | Fee simple | $0.00 | N/A | $883,820.00 |
| 55.2.  **4 Tracts of Properties: Tract 1:  Willacy County, WCAD#28347 (28.48 ac)- The East Thirty Acres of Lot 14, Block 23, Missouri Texas & Irrigation Company Subd. Tract 2: Willacy County, WCAD#27675 (9.7 ac)-The West Ten Acres of Lot 14, Block 23, Missouri Texas & Irrigation Company Subd. Tract 3: Hidalgo Co., HCAD#224847 (37.56 ac)-All of Lot 2, Block 31, Missouri-Texas Land & Irrigation Company; Tract 4: Hidalgo Co., HCAD#224870 (36.20 ac)- All of Lot 4, Block 32, Missouri-Texas Land & Irrigation Company;** | Fee simple | $0.00 | | $787,080.00 |

56.  **Total of Part 9.**                                                              | **$1,670,900.00** |
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No

Debtor    **Citrus360, LLC**                                    Case number *(If known)*  **25-70056**
_____
Name

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
|  | Remaining 2024 NOL carryover | Tax year  2024 | **Unknown** |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
|  | See Question No. 77 | | **Unknown** |
|  | Nature of claim<br>Amount requested | **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
|  | See Question No. 77 | | **Unknown** |
|  | Nature of claim<br>Amount requested | **$0.00** | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
|  | US Citrus for estimated potential $90k (refund)<br>2024 Balance sheet has US Citrus-Investment-$163,001.01 | | **Unknown** |

Debtor      **Citrus360, LLC**                                             Case number *(If known)*  **25-70056**
            Name

**Loan to Massinfosys-7820-Insider**
**2024 balance sheet**                                                                      **$1,000.00**

**Loan to Surya K Vidiyala- Insider-$25k**
**2024 Balance Sheet & tax return; repaid as retainer to**
**KS for services to be rendered in this bk case;**                                          **$0.00**

**Potential Claim against Texas International Irrigation,**
**Inc. for the $84,604.00 it received for purchase of**
**irrigation fixtures, etc.**                                                               **Unknown**

78.     **Total of Part 11.**                                                    |  **$1,000.00**  |
        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor   **Citrus360, LLC**                                    Case number *(If known)*  **25-70056**
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $193.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $1,670,900.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,193.68 | + 91b. $1,670,900.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,672,093.68 |

3/14/25  1:50PM

**Fill in this information to identify the case:**

Debtor name  **Citrus360, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **25-70056**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Angel Villanueva**<br>Creditor's Name<br><br>**dba Villa Nueva Farms**<br>**209 E University Drive**<br>**Edinburg, TX 78539**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**126.26 acre tract of land, more or less, being all of Lots 3, 5 and 6, Block 32 and a portion of Lot 8, Block 31, Missouri Texas Land and Irrigation Company Subdivision;**<br>**Property ID 224857 (126.26 ac gr/122.35 ac net)**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$14,000.00** | **$883,820.00** |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. David Esau & Thelma Ruth Esau**<br>**2. Pablo (Paul) Villarreal Jr., PCC**<br>**3. Angel Villanueva**<br>**4. Delta Lake Irrigation Dist** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| **2.2** **David Esau & Thelma Ruth Esau**<br>Creditor's Name<br><br>**PO Box 241**<br>**Lasara, TX 78561**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**126.26 acre tract of land, more or less, being all of Lots 3, 5 and 6, Block 32 and a portion of Lot 8, Block 31, Missouri Texas Land and Irrigation Company Subdivision;**<br>**Property ID 224857 (126.26 ac gr/122.35 ac net)**<br><br>Describe the lien | **$714,405.96** | **$883,820.00** |

3/14/25  1:50PM

Debtor  **Citrus360, LLC**

Name

Case number (*if known*)  **25-70056**

**Deed of Trust#3339614**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**5/3/2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 | **David Esau & Thelma Ruth Esau** | Describe debtor's property that is subject to a lien | $605,578.74 | $787,080.00 |

Creditor's Name

**4 Tracts of Properties:**
**Tract 1:  Willacy County, WCAD#28347 (28.48 ac)- The East Thirty Acres of Lot 14, Block 23, Missouri Texas & Irrigation Company Subd.**
**Tract 2: Willacy County, WCAD#27675 (9.7 ac)-The West Ten Acres of Lot 14, Blo**

**PO Box 241**
**Lasara, TX 78561**

Creditor's mailing address

**Describe the lien**

**Deed of Trust#3271554**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**9/28/2021**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. David Esau & Thelma Ruth Esau**
**2. Willacy County Tax Assessor-Collector**
**3. Willacy County Tax Assessor-Collector**
**4. Pablo (Paul) Villarreal Jr., PCC**
**5. Pablo (Paul) Villarreal Jr., PCC**
**6. Delta Lake Irrigation Dist**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.4 | **Delta Lake Irrigation Dist** | Describe debtor's property that is subject to a lien | $5,565.59 | $787,080.00 |

---

Debtor  **Citrus360, LLC**
_____
Name

Case number (if known)  **25-70056**

---

Creditor's Name

**Andrea Perez, RTA**
**10370 Charles Greed Rd.**
**Edcouch, TX 78538**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**various**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**4 Tracts of Properties:**
**Tract 1:  Willacy County, WCAD#28347 (28.48 ac)- The East Thirty Acres of Lot 14, Block 23, Missouri Texas & Irrigation Company Subd. Tract 2: Willacy County, WCAD#27675 (9.7 ac)-The West Ten Acres of Lot 14, Blo**

**Describe the lien**
**Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Delta Lake Irrigation Dist** | Describe debtor's property that is subject to a lien | $6,400.72 | $883,820.00 |
|---|---|---|---|---|

Creditor's Name

**Andrea Perez, RTA**
**10370 Charles Greed Rd.**
**Edcouch, TX 78538**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**various**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**126.26 acre tract of land, more or less, being all of Lots 3, 5 and 6, Block 32 and a portion of Lot 8, Block 31, Missouri Texas Land and Irrigation Company Subdivision; Property ID 224857 (126.26 ac gr/122.35 ac net)**

**Describe the lien**
**Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Pablo (Paul) Villarreal Jr., PCC** | Describe debtor's property that is subject to a lien | $1,233.86 | $883,820.00 |
|---|---|---|---|---|

Creditor's Name

**Hidalgo County Tax Assessor-Collector**
**PO Box 178**
**Edinburg, TX 78540**

Creditor's mailing address

**126.26 acre tract of land, more or less, being all of Lots 3, 5 and 6, Block 32 and a portion of Lot 8, Block 31, Missouri Texas Land and Irrigation Company Subdivision; Property ID 224857 (126.26 ac gr/122.35 ac net)**

**Describe the lien**

---

Debtor  **Citrus360, LLC**
_____
Name

Case number (if known)  **25-70056**
_____

**Ad Valorem Property Taxes**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**
**2024**
**Last 4 digits of account number**
**4857**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Pablo (Paul) Villarreal Jr., PCC** | | $359.91 | $787,080.00 |

Creditor's Name

**Hidalgo County Tax Assessor-Collector**
**PO Box 178**
**Edinburg, TX 78540**

Creditor's mailing address
_____

**Describe debtor's property that is subject to a lien**
**4 Tracts of Properties:**
**Tract 1:  Willacy County, WCAD#28347 (28.48 ac)- The East Thirty Acres of Lot 14, Block 23, Missouri Texas & Irrigation Company Subd.**
**Tract 2: Willacy County, WCAD#27675 (9.7 ac)-The West Ten Acres of Lot 14, Blo**

**Describe the lien**
**Ad Valorem Property Taxes**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**
**2024**
**Last 4 digits of account number**
**4847**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Pablo (Paul) Villarreal Jr., PCC** | | $282.91 | $787,080.00 |

Creditor's Name

**Hidalgo County Tax Assessor-Collector**
**PO Box 178**
**Edinburg, TX 78540**

Creditor's mailing address
_____

**Describe debtor's property that is subject to a lien**
**4 Tracts of Properties:**
**Tract 1:  Willacy County, WCAD#28347 (28.48 ac)- The East Thirty Acres of Lot 14, Block 23, Missouri Texas & Irrigation Company Subd.**
**Tract 2: Willacy County, WCAD#27675 (9.7 ac)-The West Ten Acres of Lot 14, Blo**

**Describe the lien**
**Ad Valorem Property Taxes**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**
**2024**

3/14/25  1:50PM

Debtor    **Citrus360, LLC**
_____   Case number (if known)   **25-70056**
Name

**Last 4 digits of account number**
**4870**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.9 | **Willacy County Tax Assessor-Collector** | | $208.50 | $787,080.00 |
|---|---|---|---|---|

Creditor's Name

**Hon. Melissa "Missy" Muniz**
**192 N. 3rd Room 202**
**Raymondville, TX 78580**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**4 Tracts of Properties:**
**Tract 1:  Willacy County, WCAD#28347 (28.48 ac)- The East Thirty Acres of Lot 14, Block 23, Missouri Texas & Irrigation Company Subd.**
**Tract 2: Willacy County, WCAD#27675 (9.7 ac)-The West Ten Acres of Lot 14, Blo**

**Describe the lien**
**Ad Valorem Property Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2024**

**Last 4 digits of account number**
**8347**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.1 0 | **Willacy County Tax Assessor-Collector** | | $71.01 | $787,080.00 |
|---|---|---|---|---|

Creditor's Name

**Hon. Melissa "Missy" Muniz**
**192 N. 3rd Room 202**
**Raymondville, TX 78580**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**4 Tracts of Properties:**
**Tract 1:  Willacy County, WCAD#28347 (28.48 ac)- The East Thirty Acres of Lot 14, Block 23, Missouri Texas & Irrigation Company Subd.**
**Tract 2: Willacy County, WCAD#27675 (9.7 ac)-The West Ten Acres of Lot 14, Blo**

**Describe the lien**
**Ad Valorem Property Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2024**

**Last 4 digits of account number**
**7675**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|

3/14/25  1:50PM

Debtor      **Citrus360, LLC**
            _____              Case number (*if known*)   **25-70056**
            Name

☐ No                              ☐ Contingent

■ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative
priority.                         ☐ Disputed
**Specified on line 2.3**
_____

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $1,348,107.2
                                                                                                                              0

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Angel Villanueva**<br>**1318 S 15th Ave**<br>**Edinburg, TX 78539** | Line  **2.1** | |
| **Patrick Moore, PLLC**<br>**Law Office of Patrick Moore, PLLC**<br>**701 E. Expwy. 83, Suite 330**<br>**McAllen, TX 78501** | Line  **2.2** | |
| **Patrick Moore, PLLC**<br>**Law Office of Patrick Moore, PLLC**<br>**701 E. Expwy. 83, Suite 330**<br>**McAllen, TX 78501** | Line  **2.3** | |

3/14/25 1:50PM

**Fill in this information to identify the case:**

Debtor name __**Citrus360, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __25-70056__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**Assistant US Trustee**
**DOJ-UST**
**615 E. Houston Street, Suite 533**
**San Antonio, TX 78205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __BK Notice Only.__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.2** | Nonpriority creditor's name and mailing address

**Best Citrus Investments, LLC**
**11012 Estates Circle**
**Alpharetta, GA 30022**

Date(s) debt was incurred __9/1/2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Citrus Production Contributors Agreement__

Is the claim subject to offset? ■ No ☐ Yes

**$592,500.00**

**3.3** | Nonpriority creditor's name and mailing address

**Ferdous Sikder CPA, PLLC**
**811 S Central Express Suite #205**
**Richardson, TX 75080**

Date(s) debt was incurred __2024__

Last 4 digits of account number __2025__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __accounting services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,093.00**

**3.4** | Nonpriority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __BK Notice Only;__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Debtor __Citrus360, LLC_____     Case number (if known) __25-70056__
　　　　Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jones, Galligan, Key & Lozano, LLP**
**Juan M. Pequeno, Jr.**
**2300 W. Pike Blvd.,Suite 300**
**Weslaco, TX 78599-1247**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __attorney fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Narsi Reddy Ponagandla**
**9845 N Woodrow Ave**
**Fresno, CA 93720**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Debtor expenses paid__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,604.00** |

**NRCS**
**Raymondville Service Center**
**255 Farm Rd 3168 Ste. 2**
**Raymondville, TX 78580**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |

**Rajini Katipamula Malisetti**
**15705 57th Ave N**
**Plymouth, MN 55446**

Date(s) debt was incurred __9/29/2021__

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Citrus Production Contributors Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180,000.00** |

**Rajini Katipamula Malisetti**
**15705 57th Ave N**
**Plymouth, MN 55446**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Surya K Vidiyala**
**10575 Friendship Road**
**Pilot Point, TX 76258**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Debtor expenses paid__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Texas Comptroller of Public Accounts**
**Revenue Accounting Division- Bankruptcy**
**P.O. Box 13528**
**Austin, TX 78711-3528**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __BK Notice Only.__

Is the claim subject to offset? ■ No  ☐ Yes

---

3/14/25  1:50PM

Debtor   **Citrus360, LLC**
Name

Case number (if known)   **25-70056**

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Texas International Irrigation, Inc.**
**150 East Frontage Exp. 83 Unit 11-A**
**Alamo, TX 78516**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Texas Workforce Commission**
**TWC Building**
**Austin, TX 78778**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **BK Notice Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**US Citrus, LLC**
**30232 FM 493**
**Hargill, TX 78549**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Citrus Tree Purchase & Sales Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jones, Galligan Key & Lozano, LLP**<br>**Juan Pequeno, Jr.**<br>**1400 E. Madison, Suite 4**<br>**Brownsville, TX 78520** | Line  **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **NRCS**<br>**Edinburg Service Center**<br>**2514 S Veterans Blvd., Ste. 4**<br>**Edinburg, TX 78539-7026** | Line  **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **NRCS**<br>**Raymondville Service Center**<br>**255 FM 3168 Ste 1**<br>**Raymondville, TX 78580** | Line  **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **US Citrus, LLC**<br>**PO Box 258**<br>**Hargill, TX 78549** | Line  **3.14**<br>☐ Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **1,009,197.00** |

3/14/25  1:50PM

Debtor      **Citrus360, LLC**
                    Name

Case number (if known)      **25-70056**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.        $                      **1,009,197.00**

3/14/25  1:50PM

**Fill in this information to identify the case:**

Debtor name    **Citrus360, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **25-70056**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Farm & Ranch Real Estate Listing Agreement-Exclusive Right to Sell-126.23 acres/126.26 gross acres** | |
| | State the term remaining | **3 months 27 days** | **A (plus) Vision Realty, LLC** |
| | List the contract number of any government contract | | **Angel Villanueva** <br> **PO Box 4199** <br> **Edinburg, TX 78540** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Citrus Production Contributors Agreement** | |
| | State the term remaining | | **Best Citrus Investments, LLC** |
| | List the contract number of any government contract | | **11012 Estates Circle** <br> **Alpharetta, GA 30022** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Citrus Production Contributors Agreement** | |
| | State the term remaining | | **Rajini Katipamula Malisetti** |
| | List the contract number of any government contract | | **15705 57th Ave N** <br> **Plymouth, MN 55446** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Citrus Tree Purchase and Sales Agreement** | |
| | State the term remaining | | **US Citrus, LLC** |
| | List the contract number of any government contract | | **30232 FM 493** <br> **Hargill, TX 78549** |

3/14/25  1:50PM

Debtor 1   **Citrus360, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **25-70056**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

3/14/25  1:50PM

**Fill in this information to identify the case:**

Debtor name  **Citrus360, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **25-70056**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                             *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|
| 2.1 | | Street<br><br>City          State          Zip Code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Citrus360, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **25-70056**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$0.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **rewards points on cc** | **$159.31** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **rewards points on cc** | **$619.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

3/14/25  1:50PM

Debtor   **Citrus360, LLC**                                                    Case number *(if known)*  **25-70056**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **David Esau & Thelma Ruth Esau**<br>**PO Box 241**<br>**Lasara, TX 78561** | **12/3/2024** | **$10,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **To be Supplemented as Needed** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Angel Villanueva**<br>**dba Villa Nueva Farms**<br>**209 E University Drive**<br>**Edinburg, TX 78539** | **1/6/2025**<br>**recorded**<br>**Abstract of**<br>**Judgment#3**<br>**611438** | **$14,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Ferdous Sikder CPA, PLLC**<br>**811 S Central Express Suite #205**<br>**Richardson, TX 75080** | **2024** | **$5,908.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Best Citrus Investments, LLC**<br>**11012 Estates Circle**<br>**Alpharetta, GA 30022**<br>**insiders/investors** | **2/14/2025**<br>**(recorded**<br>**2/18/2025)** | **$0.00** | **Assumption Warranty**<br>**Deed#3622535 (recorded**<br>**2/18/2025)-126.26 ac**<br>**(Transferred back to Debtor**<br>**3/3/25, Assumption Warranty**<br>**Deed#3626473)** |
| 4.2.  **Surya K Vidiyala**<br>**10575 Friendship Road**<br>**Pilot Point, TX 76258**<br>**Member** | | **$25,000.00** | **Loan to Surya**<br>**repaid as retainer to KS for**<br>**services to be rendered in this**<br>**bk case;** |
| 4.3.  **Massinfosys**<br><br>**Surya's business** | | **$1,000.00** | **Loan to Massinfosys** |
| 4.4.  **To be Supplemented as Needed** | | **$0.00** | |

| Debtor | **Citrus360, LLC** | Case number *(if known)* | **25-70056** |

---

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Angel Villanueva dba Villa Nueva Farms Santos Maldonado, Jr. vs. Citrus360, LLC SC24-0090-J42** | **Collection-Abstract of Judgment obtained & recorded under Document#3611438** | **Justice Court, Precinct 4 Place 2 1212 S 25th Ave, Ste. C Edinburg, TX 78542** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

3/14/25  1:50PM

| Debtor | **Citrus360, LLC** | Case number *(if known)* | **25-70056** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Kurt Stephen, PLLC**<br>**100 S. Bicentennial**<br>**McAllen, TX 78501-7050** | **Attorney Fees-1st Visit Consultation Fee** | **2.27.25** | **$1,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Narsi Reddy Ponagandla** | | | |
| 11.2. | **Law Office of Kurt Stephen, PLLC**<br>**100 S. Bicentennial**<br>**McAllen, TX 78501-7050** | | **3/3/2025** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Narsi Reddy Ponagandla in repayment of Surya $25k Debtor loan** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

3/14/25  1:50PM

Debtor    **Citrus360, LLC**                                         Case number *(if known)*  **25-70056**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Jones, Galligan, Key & Lozano, LLP Juan M. Pequeno, Jr. 2300 W. Pike Blvd.,Suite 300 Weslaco, TX 78599-1247** | **$818.75 11/26/24- attorney fees; $2,500.00 11/26/24- attorney fees; $2,500.00 12/4/24- attorney fees;** | **Nov. & Dec. 2024** | **$5,818.75** |
| | Relationship to debtor | | | |
| 13.2 . | **Delta Lake Irrigation Dist 10370 Charles Greed Rd. Edcouch, TX 78538** | **taxes** | **2024** | **$3,804.00** |
| | Relationship to debtor | | | |
| 13.3 . | **To be Supplemented as Needed** | | | **$0.00** |
| | Relationship to debtor | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **539 Cedar Dr. Irving, TX 75061** | **2010-12/20/2021** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

3/14/25  1:50PM

Debtor    **Citrus360, LLC**                                          Case number *(if known)*   **25-70056**

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase#9367** | **XXXX-9367** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 2023-account was automatically closed for low balance;** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

3/14/25  1:50PM

Debtor    **Citrus360, LLC**                                  Case number *(if known)* **25-70056**

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Ferdous Sikder, CPA, PLLC** **A Professional Limited Liability Company** **811 S. Central Expressway, Suite 205** **Richardson, TX 75080** | **2021, 2022, 2023, 2024, 2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Ferdous Sikder, CPA, PLLC** **A Professional Limited Liability Company** **811 S. Central Expressway, Suite 205** **Richardson, TX 75080** | |

Debtor   **Citrus360, LLC**                                              Case number *(if known)* **25-70056**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Ferdous Sikder, CPA, PLLC**<br>**A Professional Limited Liability Company**<br>**811 S. Central Expressway, Suite 205**<br>**Richardson, TX 75080** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Javier Pinilla-Loan Officer**<br>**Range Mortgage**<br>**11757 Katy Freeway, Suite 1010**<br>**Houston, TX 77079** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Narsi Reddy Ponagandla** | **9845 N Woodrow Ave**<br>**Fresno, CA 93720** | **Member** | **40%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Surya K Vidiyala** | **10575 Friendship Road**<br>**Pilot Point, TX 76258** | **Member** | **60%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

3/14/25  1:50PM

Debtor   **Citrus360, LLC**                                    Case number *(if known)*  **25-70056**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Surya K Vidiyala**<br>**10575 Friendship Road**<br>**Pilot Point, TX 76258** | **$25K** | | **loan** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2. | **Massinfosys** | **$1,000.00** | | **loan** |
| | Relationship to debtor | | | |
| 30.3. | **To be Supplemented as Needed** | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 14, 2025**

**/s/ Surya K Vidiyala**                              **Surya K Vidiyala**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

3/14/25 1:50PM

# United States Bankruptcy Court
## Southern District of Texas

In re   **Citrus360, LLC**                                           Case No.   **25-70056**
_____                    Chapter   **11**
                         Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Narsi Reddy Ponagandla**<br>**9845 N Woodrow Ave**<br>**Fresno, CA 93720** | **Member** | **40%** | **Membership interest** |
| **Surya K Vidiyala**<br>**10575 Friendship Road**<br>**Pilot Point, TX 76258** | **Member** | **60%** | **Membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 14, 2025**                    Signature   **/s/ Surya K Vidiyala**
_____                  _____
                                                  **Surya K Vidiyala**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Texas

In re   **Citrus360, LLC** _____   Case No.   **25-70056** _____

Debtor(s)   Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Citrus360, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Narsi Reddy Ponagandla**
**9845 N Woodrow Ave**
**Fresno, CA 93720**
_____

**Surya K Vidiyala**
**10575 Friendship Road**
**Pilot Point, TX 76258**
_____

☐ None [*Check if applicable*]

**March 14, 2025** _____   **/s/ Kurt Stephen** _____
Date   **Kurt Stephen**
Signature of Attorney or Litigant
Counsel for   **Citrus360, LLC** _____
**Law Office of Kurt Stephen, PLLC**
**100 S. Bicentennial**
**McAllen, TX 78501-7050**
**956-631-3381**
**kurt@kstephenlaw.com**

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)     the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)     the effect of receiving a discharge of debts
(3)     the effect of reaffirming a debt; and
(4)     your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $2,750,000.

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

Date   **March 14, 2025**                              Signature   **/s/ Surya K Vidiyala**
                                                                    **Surya K Vidiyala**
                                                                    **Member**